**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

v.                                                    Case No.:  3:14cr98/MCR

RODNEY D. RIES

_____/

## ACCEPTANCE OF PLEA OF GUILTY

       Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objections, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11, the plea of guilty of Defendant RODNEY D. RIES to Counts I and II of the Superseding Indictment is hereby **ACCEPTED**.  All parties shall appear before this Court for sentencing as directed.

       **DONE and ORDERED** this 12th day of January, 2015.


s/ *M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**