UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

v.                      CASE NOS.:   3:14cr98/MCR/CJK
                                               3:16cv146/MCR/CJK

**RODNEY D. RIES**
**No. 23205-017**
_____/

# **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 25, 2018. ECF No. 683. The parties have been furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The motion to vacate, set aside, or correct sentence, ECF No. 635, is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 19th day of November 2018.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**